# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 4, 2023

*By the Court:*

| No. 23-1289 | JOSEPH JOHN WHIPPS, Petitioner - Appellant v. K. BENNETT, Respondent - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-01456-CSB  Central District of Illinois  District Judge Colin S. Bruce | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE CIRCUIT RULE 3(C) DOCKETING STATEMENT**, which the court construes as a motion to recall the mandate, filed on April 3, 2023, by the pro se appellant. Construed as such,

**IT IS ORDERED** that the motion is **GRANTED**. The court's final order dated March 30, 2023, is **VACATED**, the mandate is **RECALLED**, and this appeal is **REINSTATED**. The clerk shall file **INSTANTER** the appellant's tendered docketing statement.

**IT IS FURTHER ORDERED** that the appellant shall either pay the $505.00 required appellate filing fees in the district court or file a motion for leave to proceed on appeal in forma pauperis with the clerk of this court by May 4, 2023. Failure to do so may result in the dismissal of this appeal. The clerk shall send the appellant an asset affidavit form.

form name: **c7_Order_BTC**   (form ID: 178)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit